290

(No. 75-CC-5— )

CLAUDE J. FLYNN, Claimant, *vs.* STATE OF ILLINOIS,
DEPARTMENT OF REVENUE, Respondent.

*Opinion filed February 5, 1975.*

KLEINMAN, CORNFIELD, & FELDMAN, Attorney for
Claimant.

WILLIAM J. SCOTT, Attorney General; MARTIN A.
SOLL, Assistant Attorney General, for Respondent.

PER CURIAM.